UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 07-15-DLB-EBA-2

UNITED STATES OF AMERICA                                                             PLAINTIFF

vs.                                            <u>ORDER</u>

JOHN J. RIGGS                                                                           DEFENDANT

\*     \*     \*     \*     \*     \*     \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. # 265) wherein he recommends that the Court impose a sentence of time served, with three (3) years of supervised release to follow, and that the Court deny Defendant's Pro Se Motion for Concurrent Sentencing (Doc. # 253) as moot. During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on May 21, 2013, Defendant admitted to violating the terms of his supervised release described in the Supervised Release Violation Report dated April 23, 2010 and the Addendum to the Supervised Release Violation Report dated May 21, 2013.

Defendant having executed a waiver of his right to allocution (Doc. # 262), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 265) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release as set forth in the April 23, 2010 Supervised Release Violation Report and the May 21, 2013 Addendum to the Supervised Release Violation Report;

(3)     The Court hereby imposes a sentence of **TIME SERVED** with **THREE (3) YEARS** of supervised release to follow;

(4)     A Judgment shall be entered contemporaneously herewith; and

(5)     Defendant's pro se motion for concurrent sentencing (Doc. # 253) be, and is hereby **DENIED AS MOOT**.

This 12th day of June, 2013.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2007\07-15-2 Order Adopting R&R.wpd