**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 07-15-DLB-EBA-2**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**


**vs.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**


**JOHN J. RIGGS**                                                                  **DEFENDANT**

                           * *   * *   * *   * *   * *   * *   * *   * *

     This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant John J. Riggs's supervised release and impose a sentence of twenty-four (24) months incarceration, with no supervised release to follow. (Doc. # 284). At the final revocation hearing conducted on April 12, 2017, Defendant stipulated to violating the terms of his supervised release, with respect to Violation 2 in the December 24, 2014 Violation Report. (Doc. # 283).

     The Defendant has waived his right to allocution (Doc. # 282) and filed a Notice requesting that the Court recommend any drug rehabilitation programs he is eligible for and that the Defendant be placed in either Lexington or Ashland, Kentucky. (Doc. # 285). The time for filing Objections to the R&R having expired, the R&R is now ripe for the Court's review. The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 284) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     Defendant is found to have **VIOLATED** the terms of his supervised release;

(3)     Defendant's supervised release is hereby **REVOKED**;

(4)     Defendant is hereby **SENTENCED** to the custody of the Attorney General for a term of **twenty-four (24) months,** with no supervised release to follow;

(5)     Defendant's confinement shall be served, if feasible, at the Bureau of Prisons approved facility closest to Ashland, Kentucky or Lexington, Kentucky; and

(6)     A separate Judgment shall be entered contemporaneously forthwith.

This 24th day of May, 2017.

Signed By:
*David L. Bunning* *DB*
United States District Judge

K:\DATA\ORDERS\Ashland Criminal\2007\07-15-2 Order Adopting R&R re SRV.wpd